ALTA DONEFER, Respondent, *v.* NATHAN DONEFER, Appellant.

*Husband and wife — separation — action for separation on grounds of cruel and inhuman treatment and abandonment.*

Donefer v. Donefer, 214 App. Div. 716, affirmed.

(Submitted December 16, 1925; decided January 12, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1925, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision

of the court on trial at Special Term in an action, wife
against husband, for a separation upon the grounds of
cruel and inhuman treatment and abandonment.

*Irving L. Rollins* and *Leo Schafran* for appellant.
*Mortimer Elliott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.